UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ASSAM MANSURI TARIF )
IRA WAYNE HOWARD a/k/a )
) NO. 3:06-1067
Petitioner, ) JUDGE HAYNES
)
v. )
)
UNITED STATES OF AMERICA, )
)
Respondent. )

# ORDER

In accordance with the Memorandum filed herewith, the Petitioner's motion to vacate his convictions as a felon in possession of a firearm and possession of a firearm in relation to drug trafficking (Docket Entry No. 9) is **DENIED**. Movant has ten (10) days to file an application for Certificate of Appealibility under 28 U.S.C. § 2253(c).

It is so **ORDERED**.

ENTERED this the 13th day of January, 2009.

WILLIAM J. HAYNES, JR.
United States District Judge